UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKIE LIPSETT, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>POPULAR, INC. d/b/a BANCO POPULAR,<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-00811-JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)** |

1

2

NOTICE IS HEREBY PROVIDED that plaintiff Frankie Lipsett hereby dismisses his above-captioned action pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i).

Date: April 27, 2022

SO ORDERED.  The Clerk of Court is directed to close this case.

April 28, 2022

Respectfully submitted,

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email:  *mreese@reesellp.com*

*Counsel for Plaintiff*

2