

May 12, 2023

**VIA ECF**

Application GRANTED.  Given the redactions in the attachments, no further action is necessary. For the avoidance of doubt, the Clerk of Court is directed to maintain the sealing of ECF Nos. 13-2 and 15-1.

SO ORDERED.

May 15, 2023.

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

RE:    *Frankie Lipsett v. Popular, Inc.*
        No. 1:22-cv-00811
        Motion to Seal Documents Containing Protected Information

Your Honor:

Defendant Popular, Inc. respectfully requests the Court to seal Documents 13-2 and 15-1, which contain unredacted information that is subject to protection by Federal Rule of Civil Procedure 5.2 and the District Court's applicable rules. Redacted versions of those documents are attached to this letter motion.

The District Clerk applied an emergency seal to Documents 13-2 and 15-1 earlier today. Pursuant to Electronic Case Filing Rules & Instructions 21.7(b), Popular Bank is following up on that action with this request to permanently seal those Documents.

During my conference with counsel for Plaintiff Frankie Lipsett, she indicated that Mr. Lipsett is not opposed to this motion.



Hon. Jesse M. Furman                          2                          May 12, 2023

Respectfully Submitted,

/s/ *Charlie Cooper*
Mitchel H. Kider
*kider@thewbkfirm.com*
Michael Y. Kieval (*Pro Hac Vice*)
*kieval@thewbkfirm.com*
Charlie K. Cooper (*Pro Hac Vice*)
*cooper@thewbkfirm.com*
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
*Counsel for Defendant*

Attach:       EXH. A-1       Lipsett Signature Card 6816 (redacted to replace Doc. 13-2)
              EXH. A         Lipsett Signature Card 6816 (redacted to replace Doc. 15-1)

cc: counsel of record (by ECF)